United States District Court
Southern District of Texas
**ENTERED**
September 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ALEXANDR B.,<br>"Petitioner," | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:26-cv-00119 |
| MARKWAYNE MULLIN, *et al.*,<br>*in their official capacities,*<br>"Respondents." | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 8) ("Respondents' MSJ"), "Petitioner's Motion for Summary Judgment" (Dkt. No. 11) ("Petitioner's MSJ"), and the Magistrate Judge's "Report and Recommendation to Grant Petitioner's Writ of Habeas Corpus and Recommending Petitioner's Release from Detention" (Dkt. No. 12) ("R&R").

The R&R recommends that the Court (1) grant the Petition (Dkt. No. 1) and Petitioner's MSJ (Dkt. No. 11), (2) order Petitioner's release from Respondents' custody subject to supervision, and (3) deny Respondents' MSJ (Dkt. No. 8). Dkt. No. 12 at 9.

Objections to the R&R were due September 2, 2026. *See id*. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 12) is **ADOPTED**. The Petition (Dkt. No. 1) and Petitioner's MSJ (Dkt. No. 11) are hereby **GRANTED**. Respondents are **ORDERED** to release Petitioner from detention subject to supervision and provide a status report confirming such release. Respondents' MSJ (Dkt. No. 8) is further **DENIED** as moot.

SIGNED this September 8, 2026

Rolando Olvera
United States District Judge